IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DONTA T. VAUGHN

        Plaintiff,

v.                               CIVIL ACTION NO. 5:07CV17
                                  (JUDGE STAMP)

MARTIN GARZA, ET AL.,

        Defendants.

## ORDER FILING *EX PARTE* COMMUNICATION

The attached letter was received by me on December 7, 2007 from Larry J. Budd on behalf of the Plaintiff, Donta T. Vaughn. I deem it an *ex parte* communication and ORDER it filed and a copy sent to all parties appearing pro se and counsel of record. All parties are notified that it is improper to communicate with me and that the appropriate procedure is to file pleadings with appropriate certificate of service.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: December 7, 2007

                                                          JAMES E. SEIBERT
                                                          UNITED STATES MAGISTRATE JUDGE